AO 245D (Rev. 11/16)  Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA<br>v. | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release) |
|---|---|
| LOUIS MARCIL, III<br>a/k/a "Caveman" | Case No.  3:19CR30003-006<br>USM No.  15532-010 |
| | Morse U. Gist Jr.<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation(s)  No. 1, 2, 3, 4, 5, 6, 7, 8, 11, 12, 13, of the term of supervision.

☒ was found in violation of condition(s) count(s)  9 and 10  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Mandatory Condition #3: Unlawful use of a controlled substance | January 12, 2023 |
| 2 | Mandatory Condition #3: Unlawful use of a controlled substance | January 19, 2023 |
| 3 | Mandatory Condition #3: Unlawful use of a controlled substance | February 15, 2023 |
| 4 | Mandatory Condition #3: Unlawful use of a controlled substance | March 2, 2023 |
| 5 | Mandatory Condition #3: Unlawful use of a controlled substance | May 17, 2023 |
| 6 | Mandatory Condition #3: Unlawful use of a controlled substance | June 7, 2023 |
| 7 | Mandatory Condition #3: Unlawful use of a controlled substance | June 21, 2023 |
| 8 | Mandatory Condition #3: Unlawful use of a controlled substance | August 1, 2023 |
| 9 | Mandatory Condition #3: Unlawful use of a controlled substance | September 27, 2023 |
| 10 | Mandatory Condition #3: Unlawful use of a controlled substance | October 6, 2023 |
| 11 | Standard Condition #9: Failure to notify of law enforcement contact | October 5, 2023 |
| 12 | Special Condition: Failure to seek or secure employment | October 25, 2023 |
| 13 | Mandatory Condition #1: New law violation-Driving on a suspended license | November 7, 2023 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  8144

Defendant's Year of Birth:  1972

City and State of Defendant's Residence:
Green Forest, Arkansas

December 15, 2023
Date of Imposition of Judgment

Signature of Judge

Honorable Timothy L. Brooks, United States District Judge
Name and Title of Judge

December 19, 2023
Date

AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations

Sheet 2— Imprisonment

| | Judgment — Page 2 of 2 |
|---|---|
| DEFENDANT: LOUIS MARCIL, III a/k/a "Caveman" | |
| CASE NUMBER: 3:19CR30003-006 | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **Twelve (12) months imprisonment. There is no term of supervised release to follow.**

☒ The court makes the following recommendations to the Bureau of Prisons:

**The defendant be permitted to participate in any drug treatment programming that is available and that it be expeditiously provided to him.**

**The defendant be evaluated for any underlying or co-occurring mental health issues and that he be provided any co-occurring treatment that may be indicated.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL